# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW SHULTZ, | ) | |
| | ) | CIVIL ACTION NO. 1:26-cv-00395 |
| Plaintiff, | ) | |
| | ) | JUDGE ADAMS |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **ORDER**

The Defendant having filed a Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice having been given, and the Court being advised in the premises:

1.      The parties' Joint Motion for Remand for Further Proceedings, Pursuant to Sentence Four of 42 U.S.C. § 405(g), is GRANTED.

2.      This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to the medical opinion evidence. On remand, the Administrative Law Judge will further consider Plaintiff's claim, including offering Plaintiff a new hearing, reevaluating the medical opinion evidence, taking any further action necessary to complete the administrative record, and issuing a new decision.

Date: August 10, 2026                    Entered: /s/*Jennifer Dowdell Armstrong*